ORIGINAL

LODGED
OCT 25 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FILED
OCT 25 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
OCT 25 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> HERZSTOCK, EDWARD J. <br><br>———————————————— <br><br> KYLE CHASSE, an individual, <br><br> Plaintiff, <br> vs. <br><br> EDWARD J. HERZSTOCK, an individual; <br><br> Defendants. | Case No. 2:19-bk-12504-BB <br><br> Chapter 7 <br><br> Adversary No. 2:19-ap-01171-BB <br><br> **JUDGMENT FOR NONDISCHARGEABILITY OF DEBT OWED TO KYLE CHASSE** |

Judgment is hereby entered in favor of the Plaintiff Kyle Chasse and against the Debtor/Defendant Edward J. Herzstock, determining that the Defendant owes Plaintiff a debt in the amount of $27,000.00, which is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

DATED: 10/25/2022

_____
Hon. Sheri Bluebond

1
JUDGMENT